JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| WALTER D. MONTGOMERY, | No. 2:18-cv-08591-FFM |
| Plaintiff, | **[~~PROPOSED~~]** |
| v. | **JUDGMENT OF REMAND** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

| | |
|---|---|
| 1 | The Court having approved the parties' Stipulation to Voluntary Remand |
| 2 | Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment |
| 3 | ("Stipulation to Remand") lodged concurrent with the lodging of the within |
| 4 | Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND** |
| 5 | **DECREED** that the above-captioned action is remanded to the Commissioner of |
| 6 | Social Security for further proceedings consistent with the Stipulation to Remand. |

DATED: September 16, 2019

      /S/ Frederick F. Mumm
FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE